Griesa, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
WILLIAM D. WALLACE, Individually and        X
On Behalf of All Others Similarly Situated,  :
                                             :
        Plaintiff,                           :
                                             :    Civil Action No. 11-CV-8861
    v.                                       :
                                             :
INTRALINKS HOLDINGS, INC., ANDREW            :
DAMICO and ANTHONY PLESNER,                  :
                                             :
        Defendants.                          X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/12

## [PROPOSED] STIPULATED SCHEDULING ORDER

**WHEREAS**, the above action was commenced on December 5, 2011;

**WHEREAS**, on January 9, 2012, the Court entered the Parties' stipulation tolling the Defendants' time to move, answer or otherwise respond to the complaint pending appointment of lead plaintiff and lead counsel, after which time Defendants agreed to work with lead counsel to establish a schedule for responding to the operative complaint;

**WHEREAS**, on April 3, 2012, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), the Court appointed the Plumbers and Pipefitters National Pension Fund (the "Plumbers National Pension Fund") as Lead Plaintiff; consolidated the related actions and approved the Plumbers National Pension Fund's selection of Cohen Milstein Sellers & Toll PLLC as Lead Counsel;

**THEREFORE**, it is hereby stipulated and agreed, by and between the undersigned counsel for the parties in the above-captioned action, subject to the approval of this Court, as follows:

1. Lead Plaintiff, the Plumbers National Pension Fund, shall file a first amended class action complaint on or before June 4, 2012.

1336286.1 1

2. Defendants shall serve and file answers to the amended complaint and/or motions to dismiss by July 20, 2012.

3. If motions to dismiss are filed, Lead Plaintiff shall serve and file opposition papers on or before September 5, 2012. Thereafter, any reply papers shall be served or filed on or before September 28, 2012.

Dated:   New York, New York
         April 4, 2012                    Respectfully submitted,

| COHEN MILSTEIN SELLERS & TOLL PLLC | GOODWIN PROCTER LLP |
|---|---|
| */s/ Kenneth M. Rehns/*<br>Kenneth M. Rehns (KR-9822)<br>88 Pine Street, 14th Floor<br>New York, New York 10005<br>Telephone: (212) 838-7797<br>Facsimile: (212) 838-7745<br><br>Carol V. Gilden (*pro hac vice*)<br>190 South LaSalle Street<br>Suite 1705<br>Chicago, IL 60603<br>Telephone: (312) 357-0370<br>Facsimile: (312) 357-0369<br><br>Steven J. Toll (*pro hac vice*)<br>Daniel S. Sommers (*pro hac vice*)<br>1100 New York Ave NW<br>Suite 500 West<br>Washington, DC 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699<br><br>O'DONOGHUE & O'DONOGHUE LLP<br>James R. O'Connell<br>Mark W. Kunst<br>4748 Wisconsin Avenue, N.W.<br>Washington, D.C. 20016<br>Telephone: (202) 362-0041<br>Facsimile: (202) 362-2640<br>*Attorneys for Lead Plaintiff* | */s/ Mark Holland/*<br>Mark Holland<br>Mary K. Dulka<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018-1405<br>Telephone: (212) 813-8800<br>Facsimile: (212) 355-3333<br><br>*Attorneys for Defendants* |

**SO ORDERED.**

**DATED:**

Thomas P. Griesa

**THOMAS P. GRIESA**
**United States District Judge**

4/11/12