Courtesy Copy

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x
WILLIAM D. WALLACE, Individually and  : Civil Action No. 11-CV-8861
On Behalf of All Others Similarly Situated, :
: CLASS ACTION
                     Plaintiff,   :
:  NOTICE OF WITHDRAWAL AND
     vs.                           :  [PROPOSED] ORDER
:
INTRALINKS HOLDINGS, INC., et al., :
:
                     Defendants.  :
———————————————————— x



RECEIVED
APR 19 2012
CHAMBERS OF
JUDGE GRIESA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/12

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Samuel H. Rudman and David A. Rosenfeld of Robbins Geller Rudman & Dowd LLP hereby withdraw as counsel for plaintiff in this consolidated action. Please remove Robbins Geller Rudman & Dowd LLP from the docket as counsel of record, along with the above-named attorneys.

DATED: April 12, 2012

ROBBINS GELLER RUDMAN
 & DOWD LLP
SAMUEL H. RUDMAN

*signature*

SAMUEL H. RUDMAN

58 South Service Road, Suite 200
Melville, NY  11747
Telephone: 631/367-7100
631/367-1173 (fax)

Attorneys for Plaintiff

\*   \*   \*

**ORDER**

IT IS SO ORDERED.

DATED: 4/20/12

THE HONORABLE THOMAS P. GRIESA
UNITED STATES DISTRICT JUDGE