GRIESA 10

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/1/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILLIAM D. WALLACE, Individually and : X
On Behalf of All Others Similarly Situated, :
:
Plaintiff, :
: Civil Action No. 11-CV-8861 (TPG)
v. :
:
INTRALINKS HOLDINGS, INC., ANDREW :
DAMICO and ANTHONY PLESNER, :
:
Defendants. X

---

## [PROPOSED] STIPULATED SCHEDULING ORDER

**WHEREAS,** the above action was commenced on December 5, 2011;

**WHEREAS,** on April 3, 2012, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), the Court appointed the Plumbers and Pipefitters National Pension Fund (the "Plumbers National Pension Fund") as Lead Plaintiff; consolidated the related actions and approved the Plumbers National Pension Fund's selection of Cohen Milstein Sellers & Toll PLLC as Lead Counsel;

**WHEREAS,** on April 11, 2012, the Court entered a Stipulated Scheduling Order which stated that Lead Plaintiff shall file a first amended class action complaint on or before June 4, 2012;

**THEREFORE,** it is hereby stipulated and agreed, by and between the undersigned counsel for the parties in the above-captioned action, subject to the approval of this Court, as follows:

1. Lead Plaintiff, the Plumbers National Pension Fund, shall file a first amended class action complaint on or before June 15, 2012.

2. Defendants shall serve and file answers to the amended complaint and/or motions to dismiss by July 31, 2012.

3. If motions to dismiss are filed, Lead Plaintiff shall serve and file opposition papers on or before September 17, 2012. Thereafter, any reply papers by Defendants shall be served and filed on or before October 10, 2012.

Dated: New York, New York
      June 1, 2012                   Respectfully submitted,

| COHEN MILSTEIN SELLERS & TOLL PLLC | GOODWIN PROCTER LLP |
|---|---|
| *[signature]* | *[signature]* |
| Kenneth M. Rehns (KR-9822) | Mark Holland |
| 88 Pine Street, 14th Floor | Mary K. Dulka |
| New York, New York 10005 | The New York Times Building |
| Telephone: (212) 838-7797 | 620 Eighth Avenue |
| Facsimile: (212) 838-7745 | New York, NY 10018-1405 |
|  | Telephone: (212) 813-8800 |
| Carol V. Gilden (*pro hac vice*) | Facsimile: (212) 355-3333 |
| 190 South LaSalle Street |  |
| Suite 1705 | *Attorneys for Defendants* |
| Chicago, IL 60603 |  |
| Telephone: (312) 357-0370 |  |
| Facsimile: (312) 357-0369 |  |
|  |  |
| Steven J. Toll (*pro hac vice*) |  |
| Daniel S. Sommers (*pro hac vice*) |  |
| 1100 New York Ave NW |  |
| Suite 500 West |  |
| Washington, DC 20005 |  |
| Telephone: (202) 408-4600 |  |
| Facsimile: (202) 408-4699 |  |
|  |  |
| O'DONOGHUE & O'DONOGHUE LLP |  |
| James R. O'Connell |  |
| Mark W. Kunst |  |
| 4748 Wisconsin Avenue, N.W. |  |
| Washington, D.C. 20016 |  |
| Telephone: (202) 362-0041 |  |
| Facsimile: (202) 362-2640 |  |
| *Attorneys for Lead Plaintiff* |  |

SO ORDERED.
DATED: *[signature]* Thomas P. Griesa

6/1/12

_____
THOMAS P. GRIESA
United States District Judge