UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM D. WALLACE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INTRALINKS HOLDINGS, INC., ANDREW DAMICO and ANTHONY PLESNER,<br><br>Defendants. | Civil Action No. 11-CV-8861 |

**DECLARATION OF CAROL V. GILDEN IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

I, Carol V. Gilden, an attorney duly admitted to practice law before the courts of the State of Illinois and this Court, declare, under the penalty of perjury, as follows:

1. I am a Partner with the law firm Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein"). I am fully familiar with all the facts and circumstances herein. I submit this declaration in support of Lead Plaintiff Plumbers and Pipefitters National Pension Fund's Motion for Class Certification.

2. Attached as Exhibit A is the Expert Report of Michael Hartzmark, Ph.D.

3. Attached as Exhibit B is the firm resume of proposed Class Counsel, Cohen Milstein.

Dated: February 18, 2014

*/s/ Carol V. Gilden*<br>
Carol V. Gilden

1

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served upon Defendants' attorneys of record by electronic mail on February 18, 2014.

*/s/Kenneth M. Rehns*
Kenneth M. Rehns
