UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM D. WALLACE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INTRALINKS HOLDINGS, INC., ANDREW DAMICO and ANTHONY PLESNER,<br><br>Defendants. | Civil Action No. 11-CV-8861 |

**LEAD PLAINTIFF'S NOTICE OF UNOPPOSED MOTION FOR (I) PRELIMINARY APPROVAL OF SETTLEMENT; (II) APPROVAL OF THE FORM AND MANNER OF NOTICE TO THE CLASS; AND (III) SCHEDULING OF A FINAL APPROVAL HEARING**

**PLEASE TAKE NOTICE** that, Lead Plaintiff, Plumbers and Pipefitters National Pension Fund ("Lead Plaintiff"), on behalf of itself and the Class, in the above-captioned action, through counsel, hereby move this Court before the Honorable Thomas P. Griesa, for an order pursuant to Rule 23 of the Federal Rules of Civil Procedure for: (i) preliminary approval of the proposed Settlement (ii) approval of the form and manner of notice to Class Members; (iii) the scheduling of a hearing (the "Final Approval Hearing") on final approval of the Settlement and Lead Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses; and (iv) such other and further relief as the Court deems just and proper.  Defendants will not oppose this Motion.

Dated: New York, New York
July 31, 2015

Respectfully submitted,

**COHEN MILSTEIN SELLERS & TOLL PLLC**

By: */s/ Carol V. Gilden*
Carol V. Gilden
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Tel: (312) 375-0370
cgilden@cohenmilstein.com

Steven J. Toll
Joshua S. Devore
Elizabeth Aniskevich
1100 New York Avenue N.W., Suite 500
Washington, D.C. 20005
Tel: (202) 408-4600
stoll@cohenmilstein.com
jdevore@cohenmilstein.com
Eaniskevich@cohenmilstein.com

Kenneth M. Rehns
88 Pine Street, 14th Floor
New York, NY 10005
Tel: (212) 838-7797
krehns@cohenmilstein.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2015, I caused the foregoing brief to be electronically filed with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel.

                **COHEN MILSTEIN SELLERS & TOLL PLLC**

                */s/ Kenneth Rehns*
                Kenneth Rehns
                88 Pine Street
                Fourteenth Floor
                New York, NY 10005
                Telephone: (212) 838-7797
                Facsimile: (212) 838-7745