UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILLIAM WALLACE, Individually and
On Behalf of All Others Similarly Situated,

    Plaintiff,

v.

INTRALINKS HOLDINGS, INC., ET AL.,

    Defendants.

Civil Action No. 11-CV-8861 (~~TPG~~) *PKC*

---

### [PROPOSED] ORDER DIRECTING *CY PRES* DISTRIBUTION OF RESIDUAL SETTLEMENT FUNDS

Lead Plaintiff's motion for an order directing a *cy pres* distribution of the residual Net Settlement Fund is hereby GRANTED. The remaining funds of $7,590.53 shall be donated to the Institute for Law & Economic Policy. *Motion (Doc 130) should be terminated.*

IT IS SO ORDERED.

Dated: *11-9-21*

_____
HONORABLE *P. KEVIN CASTEL*
UNITED STATES DISTRICT COURT JUDGE